Opinion filed August 11,
2011

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-11-00153-CV

                                                    __________

 

                                FRANCISCO
MORALES, Appellant

 

                                                             V.

 

          JOHN KENNMUR
D/B/A KENN CONSTRUCTION, Appellee



 

                                   On
Appeal from the 118th District Court

                                                          Howard
County, Texas

                                                      Trial
Court Cause No. 47018

 



 

                                            M
E M O R A N D U M   O P I N I O N

            Francisco
Morales is the appellant in this appeal.  He has filed an unopposed motion to
dismiss the appeal pursuant to Tex. R. App.
P. 42.1(a)(1).  In the motion, appellant states that “[t]he parties have
now entered into a Settlement Agreement.”  Therefore, in accordance with appellant’s
request, we dismiss the appeal.

The
motion to dismiss is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM

 

August 11, 2011

Panel consists of:  Wright, C.J.,

McCall, J., and Kalenak, J.